[No. 28855-2-III. Division Three. April 26, 2012.]

*In the Matter of the Personal Restraint of* BRADY JOE LEWIS, *Petitioner*.

Petition for relief from personal restraint. *Granted* and *remanded with instructions* by unpublished opinion per Kulik, J., concurred in by Sweeney and Brown, JJ.

[No. 65455-1-I. Division One. April 30, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. BRYAN ZACHARY ROSS, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 09-1-00103-1, Alan R. Hancock, J., entered April 29, 2010. *Affirmed in part* and *remanded* by unpublished opinion per Grosse, J., concurred in by Leach, C.J., and Dwyer, J.

[No. 65668-6-I. Division One. April 30, 2012.]

WILLIAM M. EDLEMAN ET AL., *Respondents*, v. BRIAN PAUL RUSSELL ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-17668-1, Andrea A. Darvas, J., entered June 25, 2010. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Schindler, JJ.

[No. 66032-2-I. Division One. April 30, 2012.]

LIGHTWEIGHT STEEL FRAMING 2007 LTD., *Appellant*, v. W.G. CLARK CM, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-28813-5, Michael Hayden, J., entered September 10, 2010. *Dismissed* by unpublished opinion per Spearman, A.C.J., concurred in by Becker and Lau, JJ.